## KITTY HAWK DEVELOPMENT CO. *v.* CITY OF COLORADO SPRINGS.

No. 565. Decided January 18, 1965.

*E. Barrett Prettyman, Jr.,* for appellant.

*Louis Johnson, Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.,* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SHERIDAN *v.* GARDNER ET AL.

No. 612. Decided January 18, 1965.

*Morris M. Goldings, Francis X. McLaughlin* and *Thomas J. O'Toole* for appellant.

*Edward W. Brooke,* Attorney General of Massachusetts, and *Warren K. Kaplan,* Special Assistant Attorney General, for Brooke, and *Marshall Simonds* for Gardner et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.